THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT DIDIO, on Behalf of ELIJAH FOSTER-BEY, Petitioner, v DORA B. SCHRIRO, Respondent. [930 NYS2d 889]—

The determination of the Supreme Court, Kings County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Rivera, J.P., Florio, Dickerson and Lott, JJ., concur.